IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00139-MSK-MEH

CATHERINE SMITH,

     Plaintiff,

v.

LAW OFFICE OF KENNETH E. DAVISON,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 3, 2010.**

     In the interests of justice, Plaintiff's Unopposed Motion for Leave to File Plaintiff's Third Amended Complaint [filed November 30, 2010; docket #32] is **granted**. The Clerk of Court is directed to enter the Third Amended Complaint located at docket #32-1.